IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT CORTESE, SR.                                                              PLAINTIFF

v.                              No. 4:05-CV-01136 GH

LINCOLN ELECTRIC COMPANY, et al.                                      DEFENDANTS

## ORDER GRANTING SPECIAL APPEARANCE OF COUNSEL

The August 24th Motion (Docket Entry 39) for Special Appearance of Michael Noonan and Deirdre McGlinchey as co-counsel for Caterpillar, Inc., is hereby GRANTED.

Dated: September 19, 2005.

_____
Honorable George Howard, Jr.
UNITED STATES DISTRICT COURT JUDGE