**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT CORTESE, SR.                                              PLAINTIFF

v.                                No. 4:05-CV-01136  GH

LINCOLN ELECTRIC COMPANY, et al.,                                DEFENDANTS

## ORDER GRANTING MOTION TO STAY

The Motion to Stay (Docket Entry 37) filed by The Lincoln Electric Company, Lincoln Electric Holdings, Inc., Airgas Mid-South, Inc., A. O. Smith Corporation, The BOC Group f/k/a Airco, Inc., The ESAB Group, Inc., Eutectic Corporation, Hobart Brothers Company, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc., Union Carbide Corp. f/k/a Union Carbide Chemicals and Plastics Co., and Viacom, Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation, is GRANTED.

It is hereby ORDERED that all proceedings in this cause are stayed pending a determination by the Judicial Panel on Multidistrict Litigation whether to transfer this action to MDL No. 1535, *In re Welding Rod Products Liability Litigation*.

Dated: September 19, 2005.

_____
George Howard, Jr.
Honorable George Howard, Jr.
UNITED STATES DISTRICT COURT JUDGE